JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 2:21-cv-00711-SSS-PVCx | Date | March 20, 2023 |
|---|---|---|---|
| Title | *Hayk Bezirganyan v. BMW of North America* | | |

Present: The Honorable   SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Petitioner(s): | Attorney(s) Present for Respondent(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER RE VOLUNTARY DISMISSAL [DKT. 62]**

On November 10, 2022, this Court issued an Order denying the Parties' stipulation of voluntary dismissal and directing the Parties to provide information sufficient for the Court to determine whether dismissal of the case is collusive or prejudicial to the putative class and whether notice to all members of the putative class is required. [Dkt. 62]. The Parties complied with the Court's order and provided sufficient information for this Court to determine that dismissal of the case is not collusive or prejudicial to the putative class and that notice to all members of the putative class is not required. [Dkt. 63]. The Parties also requested that the Court enter an order dismissing the case with prejudice as to Plaintiff and without prejudice as to any member of the putative class. [*Id.*].

Having reviewed the additional information the Parties provided, the Court finds that dismissal of the case is not collusive or prejudicial to the putative class and that notice to all members of the putative class is not required. The Court thus **GRANTS** the Parties' request and **DISMISSES** the case **WITH PREJUDICE** as to Plaintiff and **WITHOUT PREJUDICE** as to any member of the putative class. The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED.**